## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDDY MARTINEZ,** | ) |
| 5810 South Kenneth Avenue | ) |
| Chicago, IL 60629 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **U.S. SPECIAL OPERATIONS COMMAND,** | ) |
| 7701 Tampa Point Blvd. | ) |
| MacDill Air Force Base, FL 33621 | ) |
| | ) |
| **U.S. DEPARTMENT OF DEFENSE,** | ) |
| 1155 Defense Pentagon | ) |
| Washington, D.C. 20301 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1.    Plaintiff, FREDDY MARTINEZ, brings this Freedom of Information Act suit to force Defendants U.S. SPECIAL OPERATIONS COMMAND and U.S. DEPARTMENT OF DEFENSE to comply with MARTINEZ's Freedom of Information Act request for vet records of Conan, a special operations military working dog in the United States 1st SFOD-D (Delta Force). Conan participated in the raid that killed the ISIS leader Abu Bakr al-Baghdadi.  Upon acknowledging Conan's accomplishments, President Trump identified Conan's sex as male, which was directly refuted by other news organizations that claimed Conan's sex to be female. When the controversy arose, the Pentagon countered with a description of Conan being a male dog.  MARTINEZ seeks the vet records to discern the truth regarding Conan's sex, but the Defendants denied the request with a "Glomar" response, claiming that merely acknowledging the existence of these records would compromise national security.

## PARTIES

2.      Plaintiff FREDDY MARTINEZ is a member of the media and made the FOIA request at issue in this case.

3.      Defendant U.S. SPECIAL OPERATIONS COMMAND ("USSOCOM") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.      Defendant U.S. DEPARTMENT OF DEFENSE ("DOD") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## NOVEMBER 26, 2019, FOIA REQUEST

7.      On November 26, 2019, MARTINEZ submitted a FOIA request to United States Army Special Operations Command ("USASOC") for "[d]ocuments sufficient to learn the sex of 'Con[a]n' the dog who is a special operations military working dog in the United States 1st SFOD-D (Delta Force).  Given that these dogs routinely get medical care, including known and declassified medical care provided to the dog, these should be documents about Con[a]n including sex, weight and other characteristics."  Exhibit A.

8.      MARTINEZ also requested expedited processing and a fee waiver.  Exhibit A.

9.      On November 27, 2019, USASOC sent a link to an article and asked MARTINEZ whether the article answers his FOIA request.  Exhibit B.

10.     After MARTINEZ clarified that the article does not satisfy the original FOIA request, USASOC indicated that it referred the FOIA request to USSOCOM on December 2, 2019.  Exhibit A at 2-3.

11.     On December 16, 2019, USSOCOM acknowledged receipt of the request and assigned reference number USSOCOM FOIA 2020-073.  In that email, USSOCOM indicated that "the time for completion to be approximately be 12-15 months."  Exhibit C.

12.     On January 15, 2020, MARTINEZ asked for an estimated completion date of the request.  Exhibit D.

13.     On January 16, 2020, USSOCOM stated that "it will be at least 12 months to complete processing" of the FOIA request.  Exhibit D.

14.      On April 15, 2020, USSOCOM denied the request and claimed that "in accordance with 5 U.S.C. § 552 (b)(1), via Executive Order 13526, *Classified National Security Information*, paragraph 1.4, USSOCOM can neither nor deny the existence or nonexistence of records responsive to [the] request."  Exhibit E.

15.     Although the final response letter was dated March 20, 2020, MARTINEZ received the denial letter via email on April 15, 2020.  Exhibit E.

16.     On April 26, 2020, MARTINEZ appealed USSOCOM's "Glomar" response. Exhibit F.

17.     On April 27, 2020, USSOCOM acknowledged receipt of the appeal, assigned reference number 20-AC-0043-A1, and claimed that it is "unable to complete [the] appeal within the statutory time requirement."  Exhibit F.

18.     As of the date of this filing, USSOCOM and DOD have not complied with FOIA by improperly invoking a "Glomar" response and have produced no records responsive to the request.

## COUNT I – DEFENDANTS' FOIA VIOLATION

19.     The above paragraphs are incorporated herein.

20.     Defendants are federal agencies, subject to FOIA.

21.     The requested records are not exempt under FOIA.

22.     Defendants have not complied with FOIA.

**WHEREFORE**, MARTINEZ asks the Court to:

i.      declare that Defendants have violated FOIA;

ii.     order Defendants to conduct a reasonable search for records and to produce the

        requested records;

iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

iv.     award MARTINEZ attorneys' fees and costs; and

v.      award such other relief the Court considers appropriate.


Dated: June 16, 2020


                                        RESPECTFULLY SUBMITTED,

                                        /s/ *Joshua Hart Burday*

                                        Attorney for Plaintiff
                                        FREDDY MARTINEZ

                                        Matthew Topic, D.C. Bar No. IL0037
                                        Joshua Burday, D.C. Bar No. IL0042
                                        Merrick Wayne, D.C. Bar No. IL 0058
                                        LOEVY & LOEVY
                                        311 North Aberdeen, 3rd Floor
                                        Chicago, IL 60607
                                        312-243-5900
                                        foia@loevy.com