# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDDY MARTINEZ,<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>        *Defendants*. | Civil Action No. 20cv1571 (DLF) |

## JOINT STATUS REPORT

Plaintiff Freddy Martinez and Defendants United States Special Operations Command ("USSOC") and the United States Department of Defense ("DOD") (collectively "Defendants"), by and through their undersigned counsel, provide the following joint status report in response to the Court's April 2, 2021 Minute Order:

1. Plaintiff filed this Freedom of Information Act suit on June 16, 2020, seeking vet records of Conan, a special operations military working dog in the United States 1st SFOD-D (Delta Force).

2. Defendants initially denied Plaintiff's FOIA request by claiming that under Glomar, acknowledging the existence of the records would compromise national security.

3. After conferring, Defendants agreed to process and provide a document, with redactions, providing the information sought by Plaintiff.

4. Plaintiff has reviewed the record provided by Defendants and is satisfied with Defendants' production.

5.      The parties propose filing a further joint status report on or before June 25, 2021, so that the parties have an opportunity to continue their discussions regarding the remaining issue between the parties before informing the Court if further proceedings will be necessary.

Dated: May 25, 2021                     Respectfully submitted,

/s/ Matthew Topic
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

CHANNING PHILLIPS
Acting United States Attorney
District of Columbia

BRIAN HUDAK
Acting Chief, Civil Division

/s/ Darrell C. Valdez
DARRELL C. VALDEZ, DC Bar # 420232
Assistant United States Attorney
555 4th Street, N.W.. Civil Division
Washington, D.C. 20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendants*