UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FREDDY MARTINEZ, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Civil Action No. 20cv1571 (DLF) |

**JOINT STATUS REPORT**

Plaintiff Freddy Martinez and Defendants United States Special Operations Command ("USSOC") and the United States Department of Defense ("DOD") (collectively "Defendants"), by and through their undersigned counsel, provide the following joint status report in response to the Court's May 26, 2021 Minute Order and June 29 Minute Order:[1]

The parties inform the Court that they have reached a resolution of the last issue in this matter and are currently preparing the settlement and Stipulation of Dismissal. The request that the Court give the Parties 30 days, to July 25, 2021, so that the parties may complete the administrative process of settling and closing out the matter.

---

[1] The parties had prepared a Joint Status Report for filing by the initial June 25, 2021 deadline, and counsel for the United States attempted to file the Report by the Court's ECF system. As it turns out, the filing did not go into the system, and counsel for the United had turned to other matters that were also due that day and did not check to make sure an ECF confirmation was received. Counsel apologizes to the Court for the oversight.

Dated: May 25, 2021                     Respectfully submitted,

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

CHANNING PHILLIPS
Acting United States Attorney
District of Columbia

BRIAN HUDAK
Acting Chief, Civil Division

/s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, DC Bar # 420232
Assistant United States Attorney
555 4th Street, N.W.. Civil Division
Washington, D.C. 20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendants*

-2-